SHARTSIS FRIESE LLP
ANTHONY B. LEUIN  Bar No. 95639
FELICIA A. DRAPER  Bar No. 242668
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Tel: 415.421.6500
Fax: 415.421.2922

Attorneys for Plaintiff NOVA WINES, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
JAMISON R. NARBAITZ  Bar No. 219339
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
UNIGARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NOVA WINES, INC., | CASE NO. C 06-06748 PJH |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE [Fed.R.Civ.P. 41] AND ORDER |
| v. | Judge:   Hon. Phyllis J. Hamilton |
| UNIGARD INSURANCE COMPANY, and DOES 1 through 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Nova Wines, Inc. and defendant Unigard Insurance Company hereby stipulate that this action shall be dismissed, with prejudice, each party to bear its own costs and attorney's fees.

-1-   CASE NO. C 06-06748 PJH
STIPULATION OF DISMISSAL WITH PREJUDICE [Fed.R.Civ.P. 41]

| | | |
|---|---|---|
| 1 | Dated: January 17, 2007 | SHARTSIS FRIESE LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ANTHONY B. LEUIN<br>Attorneys for Plaintiff NOVA WINES, INC. |
| 5 | | |
| 6 | Dated: January 17, 2007 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | BRUCE D. CELEBREZZE<br>JAMISON R. NARBAITZ |
| 10 | | Attorneys for Defendant<br>UNIGARD INSURANCE COMPANY |

ORDER

IT IS SO ORDERED.

Dated: January 24, 2007

UNITED STATES _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

-2-                                              CASE NO. C 06-06748 PJH
STIPULATION OF DISMISSAL WITH PREJUDICE [Fed.R.Civ.P. 41]